CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2010

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| ROBERT M. THOMAS, | ) |
| Plaintiff, | ) Civil Action No. 7:10cv00090 |
| v. | ) **ORDER** |
| FRED SCHILLING, et al., | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the memorandum opinion entered on this day, it is **ORDERED** and **ADJUDGED** that defendant Dr. Mobashar's motion to dismiss is **GRANTED**, and defendant's claim against the Physician Review Panel is **DISMISSED** under 28 U.S.C. § 1915(e)(2)(B)(ii). The plaintiff is hereby **GRANTED** twenty (20) days to amend his complaint.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER:** This 8th of November, 2010.

_____
UNITED STATES DISTRICT JUDGE